Hassell, Appellant, *v.* Board of Elections.

Argued April 30, 1974. Before JONES, C. J., EAGEN, O'BRIEN, ROBERTS, POMEROY, NIX and MANDERINO, JJ.

*William F. Sullivan, Jr.,* for appellant.

*Harry Wolov,* for appellee.

OPINION PER CURIAM, May 10, 1974:
Order affirmed.

Mr. Chief Justice JONES, Mr. Justice ROBERTS and Mr. Justice MANDERINO dissent.